FILED

OCT 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF CALIFORNIA
9

   UNITED STATES OF AMERICA,          CASE NO. 1:13MJ216
10
                  Plaintiff,          [CR-12-6053-RHW (E.D. Wash.)]
11
            v.                        MOTION TO UNSEAL INDICTMENT AS TO
12                                    DEFENDANT JESUS MOLINA; ORDER
   JESUS MOLINA, a.k.a. Jesse,
13
                  Defendant.
14

15      Plaintiff, United States of America, by and through United States Attorney Benjamin B. Wagner and

16 Assistant United States Attorney Kirk Sherriff, moves the Court for an order unsealing the Indictment  as to

17 defendant Jesus Molina only, based on that defendant's arrest in this case.

18 Dated: Oct. 24, 2013

19                                         Respectfully Submitted,

20                                         BENJAMIN B. WAGNER
                                           United States Attorney
21
                                           _____
22                                         KIRK E. SHERRIFF
                                           Assistant United States Attorney
23

24                                ORDER

25      IT IS HEREBY ORDERED that the indictment is unsealed as to defendant Jesus Molina only.

26 Dated: 10/24/13

27                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
28

                                  1