HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS MOLINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00216 BAM |
| Plaintiff, | APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO |
| vs. | |
| JESUS MOLINA, | |
| Defendant. | |

Defendant, Jesus Molina, hereby requests that this court order the exoneration of the $25,000 Deed of Trust with Assignment of Rents currently on file with the Madera County Recorder as Document # 2013031166.

On October 28, 2013 a $50,000 bond was ordered in the above-captioned matter, to be secured by the property of German Molina and Audelina Molina. On November 8, 2013, a Deed of Trust with Assignment of Rents in the amount of $25,000 was filed with the Madera County Recorder as Document # 2013031166 on the property of Audelina Molina, located at ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. A clerical error was made on this document. As a

///

///

result, a new Deed of Trust is now on file with the Madera County Recorder, and the current deed (Document #2013031166) should be exonerated and title of the real property described therein be reconveyed to Audelina Molina.

Dated: November 13, 2013

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Jeremy Kroger*
                                  JEREMY S. KROGER
                                  Attorney for Defendant,
                                  JESUS MOLINA

## ORDER

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on November 8, 2013 with the Madera County Recorder as Document #2013031166, be exonerated and that title to the property described therein, located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ be reconveyed to Audelina Molina.

DATED: November 13, 2013

                                  GARY S. AUSTIN
                                  United States Magistrate Judge