

1 HEATHER E. WILLIAMS, Bar #122664
  Federal Defender
2 JEREMY S. KROGER, Bar #258956
3 Assistant Federal Defender
  Designated Counsel for Service
4 2300 Tulare Street, Suite 330
  Fresno, California 93721-2226
5 Telephone: (559) 487-5561

6
  Counsel for Defendant
7 JESUS MOLINA

8

9         IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      ) Case No. 1:13-mj-00216 BAM
                                  )
12           *Plaintiff,*          ) APPLICATION TO EXONERATE DEED OF
                                  ) TRUST WITH ASSIGNMENT OF RENT AND
13      vs.                       ) TO RECONVEY TITLE OF REAL PROPERTY;
14                                ) ORDER THERETO
   JESUS MOLINA,                  )
15                                )
             *Defendant.*          )
16                                )
                                  )
17 _____)

18

19    Defendant Jesus Molina hereby requests that this court order the exoneration of the

20 $25,000 Deed of Trust with Assignment of Rents currently on file with the Madera County

21 Recorder as Document # 2013031167.

22    On October 28, 2013 a $50,000 bond was ordered in the above-captioned matter, to be

23 secured by the property of German Molina and Audelina Molina. On November 8, 2013, a Deed

24 of Trust with Assignment of Rents in the amount of $25,000 was filed with the Madera County

25 Recorder as Document # 2013031167 on the property of German and Alejandra Molina, located

26 at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. A clerical error was made on this document. As

27 a result, a new Deed of Trust is now on file with the Madera County Recorder, and the current

28 deed (Document #2013031167) should be exonerated and title of the real property described

1 | therein be reconveyed to German and Alejandra Molina.

2 | Dated: November 13, 2013

HEATHER E. WILLIAMS
Federal Defender

/s/ *Jeremy Kroger*
JEREMY S. KROGER
Attorney for Defendant,
JESUS MOLINA

**ORDER**

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on November 8, 2013 with the Madera County Recorder as Document #2013031167, be exonerated and that title to the property described therein, located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, be reconveyed to German and Alejandra Molina.

DATED: November 13, 2013

GARY S. AUSTIN
United States Magistrate Judge