HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS MOLINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00216 BAM |
| Plaintiff, | **AMENDED** APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO |
| vs. | |
| JESUS MOLINA, | |
| Defendant. | |

  Defendant Jesus Molina hereby requests that this court order the exoneration of the $25,000 Deed of Trust with Assignment of Rents currently on file with the Madera County Recorder as Document # 2013031267.

  On October 28, 2013 a $50,000 bond was ordered in the above-captioned matter, to be secured by the property of German Molina and Alejandra Molina. On November 22, 2013, a Deed of Trust with Assignment of Rents in the amount of $25,000 was filed with the Madera County Recorder as Document # 2013031267 on the property of German and Alejandra Molina. On May 13, 2014, Defendant Jesus Molina appeared in the Eastern District of Washington before Senior District Court Judge Edward F. Shae, and was sentenced to 46 months in the custody of the Bureau of Prisons. (See Exhibit A). Therefore, since Defendant Jesus Molina has satisfied the conditions of release in the Eastern District of California, he requests that the Deed of Trust (#2013031267) now on file with the Madera County Recorder, be exonerated and title of the real

property described therein be reconveyed to German and Alejandra Molina.

Dated: September 23, 2014

> HEATHER E. WILLIAMS
> Federal Defender
>
> /s/ *Charles Lee*
> CHARLES LEE
> Attorney for Defendant,
> JESUS MOLINA

## ORDER

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on November 22, 2013 with the Madera County Recorder as Document #2013031267 (Doc. 22) be exonerated and that title to the property described therein be reconveyed to German and Alejandra Molina.

DATED: September 24, 2014

BARBARA A. McAULIFFE
United States Magistrate Judge